**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

---

In re

FULL SPECTRUM MANAGEMENT, LLC,

                          Debtor.
_____/

Chapter 7
Case No.: 19-00613-jwb
HONORABLE JAMES W. BOYD

KELLY M. HAGAN, Chapter 7 Trustee for
The estate of Full Spectrum Management, LLC,

                          Plaintiff,

v

MARK D. NOSS, an individual, MARK D. NOSS, O.D., L.L.C., a Michigan limited liability company, d/b/a FULL SPECTRUM EYECARE, MDN DEVELOPMENT, LLC, a Michigan limited liability company, SMART SCHOOLS MANAGEMENT, INC., a former Michigan corporation, SMART SCHOOLS MANAGEMENT OF BAY CITY, LLC, a former Michigan limited liability company, SMART SCHOOLS, INC., a former Michigan corporation and STEVEN INGERSOLL, an individual, jointly and severally,

                          Defendants.
_____/

Adversary Proceeding
Case No.: 20-80059-jwb

KEVIN M. SMITH           (P 48976)
Beadle Smith, PLC
Attorneys for Kelly M. Hagan
Chapter 7 Trustee
445 South Livernois Road, Suite 305
Rochester Hills, MI  48307
248.650.6097
ksmith@bbssplc.com

WALLACE H. TUTTLE       (P 21644)
Wallace H. Tuttle & Associates, P. C.
Attorney for Defendants Mark D. Noss, Mark D. Noss, O.D., L.L.C., d/b/a Full Spectrum Eyecare, and MDN Development, LLC
3229 Logan Valley Road
P O Box 969
Traverse City, MI  49685-0969
231.941.0750
whtpc@tuttlelawtc.com

_____/

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

KELLY M. HAGAN, Chapter 7 Trustee for the estate of Full Spectrum Management, LLC, Plaintiff, through her attorney, Kevin M. Smith, and MARK D. NOSS, an individual, MARK D. NOSS, O.D., L.L.C., a Michigan limited liability company, d/b/a FULL SPECTRUM EYECARE and MDN DEVELOPMENT, LLC, a Michigan limited liability company, Defendants, through their attorney, Wallace H. Tuttle, hereby stipulate to the entry of an Order extending the period for the timely filing of the answer to this Adversary Complaint for a period of 30 days, through Wednesday, July 1, 2020.

| | |
|---|---|
| /s/ Kevin M. Smith | /s/ Wallace H. Tuttle |
| KEVIN M. SMITH<br>Attorney for Plaintiff | WALLACE H. TUTTLE<br>Attorney for Defendants |
| Dated:  June 1, 2020. | Dated:  June 1, 2020. |

3109.00:05/20:wht