# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)

| | |
|---|---|
| In Re: | Case No.: 19-00613-jwb |
| | Chapter 7 |
| FULL SPECTRUM MANAGEMENT, LLC, | Hon. James W. Boyd |
|     Debtor. | |
| INDEPENDENT BANK, derivatively for and on behalf of KELLY M. HAGAN, Chapter 7 Trustee for the estate of Full Spectrum Management, LLC, | Adv. Pro. No.: 20-80059-jwb |
| | Hon. James W. Boyd |
|     Plaintiff, | |
| v. | **ORDER REGARDING INTERESTED PARTY PADGETT BUSINESS SERVICES' MOTION FOR COSTS, FEES AND EXPENSES** |
| MARK D. NOSS, an individual, MARK D. NOSS, O.D., L.L.C., a Michigan limited liability company, d/b/a FULL SPECTRUM EYECARE, MDN DEVELOPMENT, LLC, a Michigan limited liability company, SMART SCHOOLS MANAGEMENT, INC., a former Michigan corporation, SMART SCHOOLS MANAGEMENT OF BAY CITY, LLC, a former Michigan limited liability company, SMART SCHOOLS, INC., a former Michigan corporation and STEVEN INGERSOLL, an individual, jointly and severally, | |
|     Defendants. | |

PRESENT: **HONORABLE JUDGE BOYD**
United States Bankruptcy Judge

This matter having come before this Honorable Court based upon Interested Party Padgett Business Services' Motion for Discovery Sanctions (AP Dkt. No. 109), Corrected Motion (AP Dkt. No. 111) and Supplemental Brief in Support of its Motion for Costs, Fees and Expenses (AP Dkt. No. 115); the Plaintiff, Independent Bank's, derivatively for and on behalf of Kelly M. Hagan, Chapter 7 Trustee for the estate of Full Spectrum Management, LLC, Brief in Opposition (AP Dkt.

No. 116); and the Court having reviewed the same, having brought the matter on for hearing and being otherwise advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that for the reasons stated by the Court on the record, the Padgett Business Services' Motion is hereby **DENIED**.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated March 17, 2022**



James W. Boyd
United States Bankruptcy Judge